**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Camille FORD, Defendant–Appellant.**

No. 02–7613.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2003.

Decided June 2, 2003.

(4th Cir.), *cert. denied,* 534 U.S. 952, 122 S.Ct. 349, 151 L.Ed.2d 264 (2001)).

Camille Ford, Appellant Pro Se. Laura P. Tayman, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Camille Ford appeals the district court's order denying her motion to reopen her previous § 2255 motion. We have reviewed the record and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss for the reasons stated by the district court. *See United States v. Ford,* Nos. CR–94–163; CA–98–1206 (E.D.Va. Sept. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*